IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

APR - 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 :26 CR 0 0 1 5 9** |
| | ) | Title 18, United States Code, |
| RAHEEM GORDON, | ) | Sections 1951(a), 924(c)(1)(A)(ii), |
| | ) | 924(c)(1)(A)(iii), and 2 |
| Defendant. | ) | **JUDGE PEARSON** |

COUNT 1
(Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1.     At all times material to this Indictment, Victim 1, a person known to the Grand

Jury, was a person located in the Northern District of Ohio, Eastern Division, and was engaged

in the business of selling marijuana, an article and commodity which moved in and affected

commerce.

2.     On or about March 22, 2024, in the Northern District of Ohio, Eastern Division,

Defendant RAHEEM GORDON and others known and unknown to the Grand Jury knowingly,

intentionally, and unlawfully agreed and conspired to in any way and degree unlawfully obstruct,

delay, and affect commerce and the movement of an article and commodity by robbery and

extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2),

of Victim 1, in that RAHEEM GORDON and others known and unknown to the Grand Jury did

unlawfully take and obtain property, including marijuana that was for sale, in the custody,

possession, and presence of Victim 1, against Victim 1's will, by means of actual and threatened

force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm,

pointing a firearm, discharging a firearm, and making threats, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Hobbs Act Robbery, 18 U.S.C. §§ 1951(a) and 2)

The Grand Jury further charges:

3. The factual allegations of paragraph 1 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

4. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant RAHEEM GORDON and others known and unknown to the Grand Jury did unlawfully obstruct, delay, and affect commerce, and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), to Victim 1, in that RAHEEM GORDON and others known and unknown to the Grand Jury did unlawfully take and obtain property, including marijuana that was for sale, in the custody, possession, and presence of Victim 1, against Victim 1's will, by means of actual and threatened force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm, pointing a firearm, discharging a firearm, and making threats, in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT 3
(Brandishing a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

5. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant RAHEEM GORDON did knowingly possess and brandish a firearm, to wit: a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery, in violation of Title 18, United States Code, Section

2

1951(a), as charged in Count Two of the Indictment herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT 4
(Discharging a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

The Grand Jury further charges:

6. On or about March 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant RAHEEM GORDON did knowingly aid and abet another to possess and discharge a firearm, to wit: a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of the Indictment herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3